

93-CR-02090-ORD

The Honorable Judge Franklin Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT GAMBOA, | ) |
| | ) |
| Plaintiff, | ) NO. CR 93-2090 |
| | ) |
| v. | ) [PROPOSED] ORDER GRANTING |
| | ) DEFENDANT'S MOTION FOR |
| UNITED STATES OF AMERICA, | ) EXTENSION OF TIME TO FILE A NOTICE |
| | ) OF APPEAL |
| | ) |
| Defendant. | ) |
| | ) |

THIS MATTER having come before the above-entitled Court upon Defendant's Motion for an Extension of Time to File a Notice of Appeal and the Court having considered the files and records herein, now, therefore

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL - 1

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114

IT IS HEREBY ORDERED that the deadline for filing an appeal is extended until June 1, 2009.

DATED this 22d day of May, 2009.

_Robert J. Bryan_
for Judge Franklin Burgess

Presented by:

ZULAUF & CHAMBLISS

_signature_

Jon R. Zulauf – WSBA 6936
Attorney For Vincent Gamboa

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
FOR EXTENSION OF TIME TO FILE A NOTICE OF APPEAL - 2

ZULAUF & CHAMBLISS
TOWER BUILDING, SUITE 1301
1809 SEVENTH AVENUE
SEATTLE, WASHINGTON 98101
(206) 682-1114