UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCENT A. GAMBOA, | CASE NO. C13-6097 RJB |
| Petitioner, | CR93-2090RJB |
| v. | |
| UNITED STATES OF AMERICA, | ORDER TRANSFERRING CASE |
| Respondent. | |

This matter comes before the court on review of the file.

On December 30, 2013, petitioner Vincent A. Gamboa filed a pleading, captioned "In Re: Equal Protection, Justice, Mercy and Freedom and the All Writs Act." Dkt. 1. Petitioner contends that he was convicted by a racially discriminatory sentencing crack cocaine law, in violation of the Fifth Amendment to the U.S. Constitution. He requests that the court correct the obvious racial discrimination.

This is a second or successive petition. A fair reading of the petition is that petitioner is requesting that the court vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255.

This case should be transferred to the Ninth Circuit U.S. Court of Appeals as a second or successive petition.

Accordingly, this case is **TRANSFERRED** to the Ninth Circuit U.S. Court of Appeals as a second or successive petition.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 8th day of January, 2014.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge