UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCENT A. GAMBOA,<br><br>                Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | CASE NO. 93-cr-2090 RJB<br><br><br>ORDER TRANSFERRING PETITION |

    This matter comes before the Court on Petitioner Vincent A. Gamboa's *pro se* Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. 252).

    In Petitioner's pleading, he contends that he is eligible for a retroactive sentence reduction.

    A fair reading of the motion is that Petitioner is requesting that the Court vacate, set aside or correct his sentence, pursuant to 28 U.S.C. § 2255. Petitioner has filed several other similar motions and petitions. *See e.g.* Dkt. 187, 198, 231 234, 237, 247; See also filed in *Gamboa v. U.S.,* Western District of Washington case numbers 13-5889 and 13-6097. Accordingly, this is a

second or successive § 2255 petition. This motion should be transferred to the U.S. Court of Appeals for the Ninth Circuit as a second or successive petition.

Accordingly, this motion is **TRANSFERRED** to the U.S. Court of Appeals for the Ninth Circuit as a second or successive petition.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 20th day of August, 2018.

ROBERT J. BRYAN
United States District Judge